IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Civil Action number: 4:14-CV-00866-A; Donald M. Pitre v. Tele-Flex Medical Incorporated, et al
2. Method of ADR used: ✓Mediation   ☐Mini-Trial   ☐Summary Jury Trial
5. Date ADR session was held: September 17, 2015
6. Outcome of ADR *(Select one)*:
   ☐Parties did not use my services.   ☐Settled, in part, as a result of ADR.
   ✓Settled as a result of ADR.   ☐Parties were unable to reach settlement.
   ☐Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $ 1,400.00

8. Duration of ADR: 8 hours   *(i.e., one day, two hours)*

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   Trey Gordon, mediator                 Dana Kurtz, plaintiff's counsel

   Donald Pitre, Plaintiff               Danielle Needham, defendant's counsel

   Carrie Watt, Defendant Representative

   *Please provide the names, addresses, and telephone number of counsel* on *the next page of this form.*

10. Provider Information:

    _____                September. 24, 2015
    Signature                            Date

    200 W. Exchange Ave.
    Fort Worth, TX 76164                 (817) 377-4800
    Address                              Telephone

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Names, addresses, and telephone numbers of counsel:

**Ms. Dana L. Kurtz**
Dkurtz@kurtzlaw.us
**Kurtz Law Offices, Ltd.**
32 Blaine Street
Hinsdale, IL 60521
**Attorney for Plaintiff**

Phone: (630) 323-9444
Fax: (630) 604-9444

**Ms. Danielle Needham**
Dneedham@jw.com
**Jackson Walker L.L.P.**
777 Main Street, Ste. 2100
Fort Worth, TX 76102
**Attorney for Defendants**

Phone: (817) 334-7227
Fax: (817) 870-5127