IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 2 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| DONALD M. PITRE, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:14-CV-866-A |
| | § |
| TELE-FLEX MEDICAL INCORPORATED, ET AL., | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

Consistent with the joint stipulation of dismissal with prejudice filed in the above-captioned action by plaintiff, Donald M. Pitre, and defendant, Tele-flex Medical Incorporated, and the order granting dismissal based on that stipulation,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the attorneys' fees and costs incurred by such party.

This is intended to be the final judgment finally disposing of all claims that have been asserted in the above-captioned litigation by any party against any other party to the litigation as to which there has not already been a final judgment so that all adjudications of the court are appealable. To the extent

that the court needs to do so for that degree of finality to be accomplished, the court hereby determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissals or other dispositions of any claims that have been asserted in this action by any party against any other party to the action that have not already been finally dismissed or otherwise adjudicated.

SIGNED November 2, 2015.

_____
JOHN McBRYDE
United States District Judge